CIVIL ACTION NUMBER : TBD



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

**Carla T Lewis Aka Carla Lewis**

    **PLAINTIFF,**

3:21CV101

V.

**Thomas Arthur Lewis aka Thomas Lewis**

    **DEFENDANT,**

    <u>MOTION FOR CIVIL COMPLAINT AGAINST THOMAS ARTHUR LEWIS</u>

COME NOW, Carla T Lewis aka Carla Lewis aka Carla Thompson Lewis come to this court with this case because of Virginia State Pursuant Statute 20. 62 Charter One and Federal Rule 12. 1 B. On about July 17th 2018. I Carla Lewis and My husband Thomas Arthur Lewis signed a Contract obligating him to Pay For Half of Mortgage Payment. In turn it would be reviewed within 2 years. Thomas Authur Lewis Didn't keep his obligation to me and Gabrielle Nicole Lewis his minor Daughter. THOMAS ARTHUR LEWIS has Kept his obligation with the electric, but taken the phone { CUT IT OFF }from I Carla Lewis. TRUE COPY Tested On 08/19/2020.

Thomas Arthur Lewis is behind on our home at 259 Union Mill Road Farnham Virginia District One. attached is a copy of the documentation .

The relief sought is that Thomas Arthur Lewis pay for Mortgage until Gabrielle Nicole Lewis Turns 18 years old and I turn 65 Years Old. ( Main Focus)

/

This case is diversity and Federal Question. Will produce in interrogatory and discovery. *CL*

I certify Carla T Lewis that its correct to my ability and I Mailed it on 02/16/2021

*Carla T Lewis*

**CARLA T LEWIS _ PLAINTIFF**
259 Union Mill Road
Farnham Virginia 22460

804-761-5396

Carlalewis1970@hotmail.com

**Thomas Arthur Lewis- Defendant(s)**

49 Madison Avenue

Warsaw Virginia 22572

**CERTIFICATION TRUE COPY**

I Carla T. Lewis Certified on 02/16/2021 true copy being mailed by certified mail to the Clerk of the Court.

*Carla T Lewis*



Party without and attorney Carla T Lewis PRO SE

Carla T Lewis

259 Union Mill Road

Farnham Virginia 22460

Signed Carla T Lewis aka Carla Lewis

Initial CTL

*/s/ Carla Lewis*